UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JH

| | |
|---|---|
| Lois Young,<br>Danny Young,<br><br>           Plaintiffs.<br><br>   v.<br><br>CITY OF CHICAGO,<br>a municipal corporation,<br>Jeffrey Rodenberg, Star # 12406,<br>Patrick Kenah, Star # 10333,<br>Rodrigo Lopez, Star # 12573,<br>City of Chicago Police Officers,<br>in their individual capacities,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **07cv2336<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE BROWN**<br><br>FILED<br>APR 27 2007<br>APR 27, 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### COMPLAINT AT LAW

Jurisdiction

1. The jurisdiction of this court is invoked pursuant to the Civil Rights Act, 42 U.S.C., § 1983, § 1988; 28 U.S.C. § 1331, § 1343(a), and the Constitution of the United States.

Parties

2. Lois Young and Danny Young are U.S. citizens and residents of Chicago, Cook County, Illinois.

3. Defendant City of Chicago, is an Illinois municipal corporation.

4. At all relevant times, Defendant Chicago police officers Rodenberg, Star # 121406, Kenah, Star # 10333, and Lopez, Star # 12573 were duly licensed police officers with the Defendant City of Chicago, a municipal corporation, and were acting in the course and scope of their employment and under color of law.

Facts

5. On or about June 12, 2005 Plaintiffs Lois and Danny Young were on a public way in the City of Chicago in the vicinity of 8600 S. Francisco.

6. Then and there, Defendant officers Rodenberg, and/or Kenah and/or Lopez stopped, seized, searched, detained, and/or arrested, and/or caused Plaintiffs to be detained without probable cause, or any legal justification.

7. During this seizure, Defendants Rodenberg and/or Kenah, and/or Lopez caused excessive bodily harm to Plaintiffs, without any legal justification.

8. Defendants Rodenberg and/or Kenah, and/or Lopez did not have a reasonable basis for using the amount of force used against the Plaintiffs.

9. During the seizure, while Defendants Rodenberg, and/or Kenah, and/or Lopez willfully caused excessive bodily harm to Plaintiffs without any legal justification, Defendants Rodenberg, Kenah, and Lopez failed to intervene to protect Plaintiffs from such willfully caused excessive bodily harm despite a duty and opportunity to do so.

10. As the direct and proximate result of all of the aforementioned actions by Defendants Rodenberg, Kenah, and Lopez, Plaintiffs suffered loss of freedom, pain and suffering, bodily injury, disfigurement, and medical expenses.

**COUNT I – 42 U.S.C. § 1983 Excessive Force/Failure to Intervene**

11. Plaintiffs re-alleges all prior allegations.

12. The actions of Defendants Rodenberg and/or Defendant Kenah, and /or Lopez in physically abusing and otherwise using unreasonable and unjustifiable force against Plaintiffs, and /or in failing to intervene to protect the Plaintiffs from such

unreasonable and unjustifiable force, violated Plaintiffs' rights under the Fourth Amendment to the United States Constitution, incorporated to the states and municipalities through the Fourteenth Amendment, to be secure in their person, papers and effects against unreasonable searches and seizures and thus violated 42 U.S.C. § 1983.

13. The actions of Defendant Rodenberg and/or Defendant Kenah, and or Lopez were the direct and proximate cause of the Plaintiffs' injuries, as set forth more fully above.

WHEREFORE, pursuant to 42 U.S.C. § 1983, and §1988, Plaintiffs demands judgment against Defendants Rodenberg and/or Defendant Kenah, and/or Lopez , jointly and severally, compensatory damages against them, and because they acted maliciously, wantonly, or oppressively, joint and several substantial punitive damages, plus the costs of this action, plus attorneys' fees and other and additional relief as this court deems equitable and just.

### COUNT II - 42 U.S.C. 1983 False Arrest, Illegal Search and Seizure

14. Plaintiffs re-alleges what has been previously alleged in this Complaint.

15. The actions of Defendants Rodenberg and/or Kenah, and/ or Lopez in falsely seizing, searching, detaining, arresting and/or in causing Plaintiffs to be detained and/or arrested was without probable cause and or legal justification violated Plaintiffs' rights under the Fourth Amendment to the United States Constitution be secure in their persons, papers and effects against unreasonable searches and seizures and thus violated 42 U.S.C. 1983.

16. As the proximate result of all of the aforementioned actions by Defendants Rodenberg, Kenah, and Lopez the Plaintiffs suffered loss of freedom, bodily injury, pain and

suffering, psychological damage, and medical expenses.

WHEREFORE, pursuant to 42 U.S.C. § 1983 and § 1988, Plaintiffs demands compensatory damages against Defendants Rodenberg, Kenah, and Lopez and because they acted maliciously, wantonly, or oppressively, substantial punitive damages, plus the costs of this action, plus attorneys' fees and other and additional relief as this Court deems equitable and just.

### COUNT III –745 ILCS 10/9-102 Indemnification
### Defendant City of Chicago

17. Plaintiffs realleges what has been previously alleged in this Complaint.

18. Defendant City of Chicago was the employer of Defendant officers Rodenberg, Kenah, and Lopez at the time of this incident.

19. Defendants Rodenberg, Kenah, and Lopez committed the aforementioned willful and wanton acts alleged above under color of law and in the course and scope of their employment as City of Chicago police officers.

WHEREFORE, pursuant to 745 ILCS 10/9-102, should Defendants Rodenberg and/or Kenah, and/or Lopez, be found liable on claim set forth above, Plaintiffs demands that the Defendant City of Chicago be liable for any judgment (other than punitive damages) they obtain thereon against said Defendants, as well as for all attorney's fees and costs awarded.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

By *Neil Toppel*
Neil Toppel,
One of the Plaintiffs' Attorneys.

Dvorak & Toppel
Attorneys At Law
3859 W. 26th St.
Chicago, IL 60623
(773) 521-1300